# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DORAL CRISWELL                                        PLAINTIFF

v.                  No. 4:23-cv-220-DPM

BROCKMAN, Sgt., Faulkner County Detention Center; HUFFMAN, Captain, Faulkner County Detention Center; SCOTT, Lt., Faulkner County Detention Center; TIM RYALS; and DOES, Captain, "John" and "Jane," Faulkner County Detention Center          DEFENDANTS

## JUDGMENT

Criswell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2023